NOT FOR PUBLICATION

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT

 

No. 96-1646

 UNITED STATES,

 Appellee,

 v.

 KHAMTAN SINE,

 Defendant, Appellant.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF RHODE ISLAND

 [Hon. Mary M. Lisi, U.S. District Judge] 

 

 Before

 Selya, Cyr and Boudin,
 Circuit Judges. 

 

Thomas G. Briody on brief for appellant. 
Sheldon Whitehouse, United States Attorney, Margaret E. Curran, 
Assistant United States Attorney, and Zechariah Chafee, Assistant 
United States Attorney, on brief for appellee.

 

 February 5, 1997
 

 Per Curiam. Khamtan Sine appeals from the sentence 

imposed following his guilty plea to two counts of

distributing crack cocaine. Appellant's sole argument is

that the district court erred in concluding that the

government agent's conduct -- in requesting appellant to

convert cocaine powder into its crack form and in assisting

in the conversion on one occasion -- did not amount to

"extraordinary misconduct." See United States v. Montoya, 62 

F.3d 1, 4 (1st Cir. 1995). Such a judgment by the district

court "is not lightly to be disregarded." Id. The district 

court did not clearly err in finding that there were neither

threats nor coercion in this case. Nor was there any

indication of illegitimate motives on the part of the

government agent involved. We agree with the district court

that this is a "garden variety" sentencing factor

manipulation claim. See id.  

 Appellant's sentence is affirmed. See Loc. R. 27.1. 

 -2-